NOTE: CHANGES MADE BY THE COURT

G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
JOHN MACON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MACON, | Case No.: 2:12-cv-03893-JEM |
| Plaintiff, | **[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE** |
| ACCOUNT CONTROL TECHNOLOGY, INC. | |
| Defendant. | |

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff JOHN MACON against Defendant ACCOUNT CONTROL TECHNOLOGY, INC. are dismissed, with prejudice. Plaintiff JOHN MACON and Defendant ACCOUNT CONTROL TECHNOLOGY, INC. shall each bear their own costs and attorneys' fees.

Date: July 10, 2012

_____
John E. McDermott
United States Magistrate Judge

- 1 -

[~~PROPOSED~~] ORDER OF DISMISSAL